```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  WESTERN DIVISION
```

**SOUTHLAND HEALTH**
**SERVICES, INC., et al.**                                **PLAINTIFFS**

**VERSUS**                       **CIVIL ACTION NO. 5:12cv56-DCB-RHW**

**BANK PLUS, et al.**                                     **DEFENDANTS**

## FINAL JUDGMENT

This cause having come before the Court on the Defendants' Motions to Dismiss, and the Court, having granted the Motions, finding that each of the causes of action in the Amended Complaint is time-barred:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** in accordance with Federal Rule of Civil Procedure 58 final judgment is entered in favor of Defendants Bank Plus, Clanton Dubose, Dudley Bell, Alan T. Walls, Sonny Burdine, and Sandra Dubose. Plaintiffs' claims against these Defendants in the above styled and numbered cause are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 4th day of February, 2013.[1]

                                    /s/ David Bramlette
                              **UNITED STATES DISTRICT JUDGE**

---

[1] The final judgment will be mailed to Southland, Paladin, and Larry Lunan at Southland's principal place of business as provided in the Amended Complaint [docket no. 38 ¶ 4, 5, 6.].